UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

ABREEYAH ALFORD,
                     Defendant.

---------------------------------------------------------------x

**ORDER**

25 CR 265 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-26

      For the reasons set forth on the record at a conference held today, John S. Wallenstein, Esq., is relieved as defendant's counsel with the thanks of the Court.

      Margaret M. Shalley, Esq., is appointed pursuant to the Criminal Justice Act as defendant's new attorney.

      The next conference is scheduled for March 17, 2026, at 2:30 p.m.

Dated: January 7, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge